JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Jessica_Yu@fd.org

Counsel for Defendant OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 22-00218 EJD |
| Plaintiff, | **STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE REGARDING TRAVEL; [PROPOSED] ORDER** |
| v. | |
| CHANDLER OCHOA, | |
| Defendant. | |

## STIPULATION

Defendant Chandler Ochoa, represented by AFPD Jessica Yu, and the Government, represented by AUSA Jeffrey A. Backhus, hereby stipulate and respectfully request that the Court temporarily modify Mr. Ochoa's conditions of pretrial release to allow him to travel to Sacramento, California, located in the Eastern District of California, for employment. Mr. Ochoa requests to travel to the Eastern District from September 22, 2025 to October 6, 2025. Mr. Ochoa, through counsel, submitted a written proposal and plan to the CAP team on September 12, 2025. The CAP team approved this temporary bond modification request on September 18, 2025.

Mr. Ochoa's current conditions, which require that he not travel outside the Northern District, do not permit the proposed travel. Accordingly, the parties make the instant request.

Mr. Ochoa's request is granted on the conditions that he must strictly comply with his written plan, and that he must report his compliance to U.S. Pretrial Services Officer Gustavo Rangel by phone on the evenings of September 26, 2025 and October 3, 2025.

IT IS SO STIPULATED.

Dated: September 19, 2025

JODI LINKER
Federal Public Defender
Northern District of California

*/S/*
JESSICA YU
Assistant Federal Public Defender

Dated: September 19, 2025

CRAIG MISSAKIAN
United States Attorney
Northern District of California

*/S/*
JEFFREY A. BACKHUS
Assistant United States Attorney

**[PROPOSED] ORDER \*\*AS MODIFIED BY THE COURT\*\***

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel to the Eastern District of California for employment. Mr. Ochoa is permitted to travel from September 22, 2025 to October 6, 2025, subject to his compliance with the written proposal and plan he submitted to the CAP team on September 12, 2025. Mr. Ochoa must comply with the proposal/plan and report his compliance to U.S. Pretrial Services Officer Gustavo Rangel by phone on the evenings of September 26, 2025 and October 3, 2025.

All other conditions of release remain in full effect.

IT IS SO ORDERED.

Dated:   September 19, 2025

*[signature: Virginia K. DeMarchi]*
THE HON. VIRGINIA DEMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*OCHOA*, CR 22-00218 BLF