JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Jessica_Yu@fd.org

Counsel for Defendant OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANDLER OCHOA,<br><br>Defendant. | **Case No.:** CR 22-00218 EJD<br><br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE REGARDING TRAVEL; [~~PROPOSED~~] ORDER** |

**STIPULATION**

Defendant Chandler Ochoa, represented by AFPD Jessica Yu, and the Government, represented by AUSA Jeffrey A. Backhus, hereby stipulate and respectfully request that the Court temporarily modify Mr. Ochoa's conditions of pretrial release to allow him to travel to Sacramento, California, located in the Eastern District of California, for employment. Mr. Ochoa requests to travel to the Eastern District from February 2, 2026 to February 16, 2026. The CAP team approved this temporary bond modification request on February 2, 2026.

Mr. Ochoa's current conditions, which require that he not travel outside the Northern District,

do not permit the proposed travel. Accordingly, the parties make the instant request.

Mr. Ochoa's request is granted on the conditions that he must continue to submit to urinalysis testing through the approved vendor, attend self-help meetings, participate in CTC group sessions, and attend the CAP session scheduled for February 10, 2026.

IT IS SO STIPULATED.

Dated:      February 2, 2026                    JODI LINKER
                                                Federal Public Defender
                                                Northern District of California

                                                    /S/
                                                JESSICA YU
                                                Assistant Federal Public Defender

Dated:      February 2, 2026                    CRAIG MISSAKIAN
                                                United States Attorney
                                                Northern District of California

                                                    /S/
                                                JEFFREY A. BACKHUS
                                                Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
*OCHOA*, CR 22-00218 EJD

2

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel to the Eastern District of California for employment. Mr. Ochoa is permitted to travel from February 2, 2026 to February 16, 2026. Mr. Ochoa must continue to submit to urinalysis testing through the approved vendor, attend self-help meetings, participate in CTC group sessions, and attend the CAP session scheduled for February 10, 2026.

All other conditions are to remain in full effect.

IT IS SO ORDERED.


Dated:        February 2, 2026

THE HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*OCHOA*, CR 22-00218 EJD