**PROPOSED ORDER/COVER SHEET**

**TO:**    **Honorable Virginia K. DeMarchi**            **RE:**    **Chandler Ochoa**
    **United States Magistrate Judge**

**FROM:**    **Silvio Lugo, Chief**            **Docket No.:**    **5:22-cr-00218-EJD-1**
    **U.S. Pretrial Services Officer**

**Date:**    **6/22/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                            (408) 535-5226

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.  2 ___in person___ on ___June 25, 2026___ at ___1:00 pm___.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐    Modification(s)

    **A.**
    **B.**

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

*Virginia K. DeMarchi*                    June 23, 2026
**JUDICIAL OFFICER**                    **DATE**