**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi** **U.S. Magistrate Judge**

**RE:** **CHANDLER OCHOA**

**FROM:** **Silvio Lugo, Chief** **U.S. Pretrial Services Officer**

**Docket No.:** **5:22-cr-00218-BLF-1**

**Date:** **8/28/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Gustavo Rangel | (408) 535-5226 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

**A.**
**B.**

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

____________________________________________________________

____________________________________________________________

Virginia K. DeMarchi

**JUDICIAL OFFICER**

August 28, 2026

**DATE**