**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **Chandler Tyler Ochoa**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **0971 5:22CR00218**

**Date:** **9/4/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do — 408-535-5224

United States Pretrial Officer — **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __________ on __________ at __________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge __________ Presiding District Court Judge __________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant will submit to alcohol monitoring as directed by Pretrial Services.

B. __________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☒ Other Instructions:

The Court commends Mr. Ochoa for proactively seek assistance from Pretrial Services in maintaining his sobriety.

Virginia K. DeMarchi — September 4, 2026

**JUDICIAL OFFICER** — **DATE**