**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **CHANDLER OCHOA**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:22-cr-00218-BLF**

**Date:** **9/9/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |
|---|---|
| Gustavo Rangel | (408) 535-5226 |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 in person on September 11, 2026 at 1:00 p.m. .

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  **A.**
  **B.**

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

____________________________________________________________

____________________________________________________________

Virginia K. DeMarchi
**JUDICIAL OFFICER**

September 9, 2026
**DATE**