United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

CHANDLER TYLER OCHOA,
Defendant.

Case No. 22-cr-00218-BLF-1 (VKD)

**ORDER MODIFYING CONDITIONS OF RELEASE**

The Court held a bail review hearing in this matter on September 11, 2026. Based on the matters reported in the violation memorandum and the discussion at the hearing, the Court finds that additional conditions of release are necessary to reasonably assure the safety of others and the community, and to address the specific violation charged in the memorandum. Accordingly, the Court orders as follows:

1. Mr. Ochoa must make himself available for an assessment, by telephone, for admission to the New Bridge Foundation residential treatment program on **September 14 or 15, 2026**.
2. Assuming he is accepted, Mr. Ochoa must report for treatment to the New Bridge Foundation, located at 2323 Hearst Avenue, Berkeley, CA 94709, no later than **September 16, 2026 at 1:00 p.m.** He must remain at the New Bridge Foundation for a period of 90 days and must follow all of the rules of the program.
3. Until he is admitted and reports for treatment at the New Bridge Foundation, Mr. Ochoa must observe a curfew and must remain at his residence every day between the hours of 7:00 p.m. and 6:00 a.m., except as directed by Pretrial Services.

4. Mr. Ochoa must submit to location monitoring as directed by Pretrial Services to ensure compliance with the court-ordered curfew.

All other conditions of release remain as previously set. *See* Dkt. Nos. 6, 11, 17, 26, 102.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Virginia K. DeMarchi
United States Magistrate Judge